UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| University of Wisconsin Hospitals and Clinics Authority,<br><br>  Plaintiff,<br><br>v.<br><br>Thern, Inc.,<br><br>  Defendant. | Court File No. _____<br><br>**NOTICE AND PETITION FOR REMOVAL** |

**TO:   THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN:**

**TO:   PLAINTIFF AND ITS COUNSEL OF RECORD: O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C., CHRISTA WITTENBERG, ESQ., 111 EAST WISCONSIN AVENUE, SUITE 1400, MILWAUKEE, WISCONSIN 53202-4870:**

Defendant Thern, Inc., through its attorney, Rolf E. Sonnesyn and Jessica C. Richardson Tomsche, Sonnesyn & Tomsche, P.A., 1000 Shelard Parkway, Suite 400, Minneapolis, MN 55426, hereby removes this action from the Circuit Court of the State of Wisconsin to this Court, and gives notice to the Plaintiff and to this Court as follows:

1.   Thern, Inc. ("Thern") is a defendant in a civil action brought against it in Dane County Circuit Court, State of Wisconsin, entitled University of Wisconsin Hospitals and Clinics Authority v. Thern, Inc, court file number 2021-CV-002551.

2.   A copy of the Summons and Complaint, with attachments, filed on October 21, 2021, together with proof of service in such action, is attached as Exhibit 1.  Thern answered the Complaint on November 10, 2021.

3. The Complaint hereto and labeled as <u>Exhibit 1</u> shows it is a lawsuit in which University of Wisconsin Hospitals and Clinics Authority ("UW") seeks to recover from Thern for medical expenses. These expenses stem from UW's medical treatment of a minor child who received health benefits under Thern's Employee Medical Benefit Plan. Thern entered into a "single-case agreement" ("SCA") with UW in which Thern agreed to pay UW certain costs associated with the child's treatment. A copy of the redacetd Extracontractual Agreement is attached to <u>Exhibit 1</u> as Exhibit A.

4. Pursuant to the terms of the SCA, UW was responsible for providing billing claims regarding the child's treatment to OptumHealth Care Solutions, LLC, which was in turn responsible for repricing such claims before submitting them for payment.

5. At all times relevant to this action, Thern's Employee Medical Benefit Plan was administered by Benefit Plan Administrators of Eau Claire.

6. At all times relevant to this action, Thern had effective health insurance coverage through American Fidelity Assurance Company. Stealth Partner Group acted as Thern's broker and agent of record with regard to its coverage through American Fidelity.

7. UW's claimed damages against Thern exceed $75,000.

8. UW is a public health care authority organized and doing business under the laws of the State of Wisconsin with its principal place of business in Wisconsin.

9. Thern is a corporation organized and doing business under the laws of the State of Minnesota with its principal place of business in Minnesota.

10. Thern contemplates a third-party summons and complaint against American Fidelity Assurance Company, an Oklahoma corporation with its principal place of business in Oklahoma City, Oklahoma.

11.     Thern contemplates a third-party summons and complaint against Benefit Plan Administrators of Eau Claire, Inc., a Wisconsin limited liability corporation with its principal place of business in Eau Claire, Wisconsin.

12.     Thern contemplates a third-party summons and complaint against OptumHealth Care Solutions, a Delaware limited liability corporation with its principal place of business in Golden Valley, Minnesota.

13.     Thern contemplates a third-party summons and complaint against Stealth Partner Group, an Arizona limited liability corporation with its principal place of business in Scottsdale, Arizona.

14.     The above-described action is a civil action in which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and federal common law, and is one which may be removed to the United States District Court by Defendant Thern pursuant to the provisions of 28 U.S.C. § 1441 as a civil action in which the amount of controversy exceeds the sum on $75,000 exclusive of interest in costs, and in which the real parties are citizens of different states.

15.     Thern files herewith a copy of all process, pleadings and orders served upon it in this action. Thern has sent written notice of the filing of this Notice of Removal to Plaintiff and will promptly file a copy of this Notice with the Clerk of the Circuit Court for the Fifth Judicial District of the State of Wisconsin, County of Dane.

16.     This Notice of Removal is filed with the Court within 30 days after filing of the Complaint on October 21, 2021, of a copy of the initial pleadings setting forth the claim for relief on which the action is based.

17.     Thern signs this pleading in accordance with Federal Rule of Civil Procedure 11.

**WHEREFORE**, Defendant Thern, Inc. prays that this action is removed from Dane County Circuit Court, State of Wisconsin, Fifth Judicial District, to this Court for trial or such other determination as this Court may make regarding the action.

Dated: November 10, 2021            s/ Rolf E. Sonnesyn
                                                         Rolf E. Sonnesyn (#1012580)
                                                         Jessica C. Richardson (#1121400)
                                                         Tomsche, Sonnesyn & Tomsche, P.A
                                                         1000 Shelard Parkway, Suite 400
                                                         Minneapolis, MN 55426
                                                         (763) 521-4499

                                                         *Attorneys for Defendant Thern, Inc.*